In the Matter of WORKING FAMILIES PARTY, Appellant, v FERN A. FISHER, Deputy Chief Administrative Judge for New York City Courts, et al., Respondents.

Submitted January 13, 2014; decided February 25, 2014

Motion to permit respondent Daniel M. Donovan, Jr. to file his brief under seal and to serve appellant with a version of said brief with redactions to eliminate references to material currently under seal by order of Supreme Court denied.

Chief Judge LIPPMAN taking no part.